516 A.2d 338

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**William G. BOYLE, Respondent.**

Supreme Court of Pennsylvania.

Oct. 16, 1986.

Petition for Allowance of Appeal GRANTED, No. 79 W.D. Appeal Docket 1986.

516 A.2d 338

**COMMONWEALTH of Pennsylvania**

v.

**Victor M. BRACERO, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 16, 1986.

Petition for Allowance of Appeal GRANTED, No. 49 M.D. Appeal Docket 1986.